IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 21-sw-00028-MEH

IN THE MATTER OF THE SEARCH OF

[Redacted] of KLETE DERIK KELLER, if he
is present at the time of the search warrant execution,
_____

**ORDER**
_____

This matter comes before the Court on the United States' Motion to Unrestrict with Appropriate Redactions. ECF 9.

Initially, the United States had requested (ECF 3) and the Court had granted (ECF 4) Level 3 restriction status of this case and its filings. Later, the Court permitted disclosure of documents to defense counsel. ECF 8. The United States now says that the Level 3 restriction no longer is necessary, and it wishes to unrestrict the docket sheet and documents. It also intends to provide copies to Los Angeles Times Communications LLC, which initiated Civil Action No. 21-cv-01508-DDD to obtain them.

However, the United States seeks to lift the restriction subject to substantial redactions. Attached to its Motion as Exhibit A are its redactions to both the documents themselves as well as to the case caption and the docket sheet entries. The United States does not explain how the Clerk of Court can make such wide-ranging redactions as a technical matter, either to redact the docket sheet or to replace already docketed filings with the proposed redacted versions.

Accordingly, it is hereby ORDERED that the Motion [filed July 20, 2021; ECF 9] is **DENIED** in part and **GRANTED** in part. The request to unrestrict the case and the already filed documents is denied. However, the Motion is granted to the extent that the Clerk of Court shall unrestrict the Motion itself (ECF 9) and its attachments (ECF 9-1 and 9-2) and make them publicly accessible. The Clerk of Court also shall docket the instant Order on the public docket without any access restrictions.

Entered this 21st day of July, 2021, at Denver, Colorado.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge