IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN THE MATTER OF:<br>Address of KLETE DERIK KELLER | Case Number:   21-sw-00028-MEH<br><br>**<u>Filed Under Restriction</u>** |

### SECOND MOTION TO UNRESTRICT WITH APPROPRIATE REDACTIONS

The United States of America, by and through JD Rowell, Assistant United States Attorney, hereby moves the Court for an order further modifying the restriction of the Application for a Search Warrant, and its Attachment A and B, filed in this case, and as grounds therefore submits the following:

1. By order of the Court, this case and the filings made in it were initially restricted at level 3 under Local Criminal Rule 47.1, limiting access to the United States and the Court, "until further order of the Court." ECF No. 4. The Court granted the Government's Motion to Unrestrict in Part [ECF No. 7] on February 17, 2021, which permitted the United States to disclose to defense counsel certain otherwise restricted documents. ECF No. 8.   The Court later granted the Government's Motion to Unrestrict with Appropriate Redactions [ECF No. 9] on July 21, 2021, which permitted the United States to disclose to the public the docket sheet and filings in this case, with appropriate redactions given the posture at that time of the underlying criminal case and related investigations.

2. Since filing its Motion to Unrestrict with Appropriate Redactions on July 20, 2021, the Government has further evaluated the redactions and the current posture of

the underlying criminal investigation and prosecution and related investigations and prosecutions, and has determined that certain redactions are no longer necessary. The United States now wishes to remove those redactions and place on the public docket a less restricted version of the Application for a Search Warrant and accompanying Attachment A and Attachment B. The United States has attached as Exhibit A to this Motion the proposed unrestricted versions of these documents

3. The United States wishes to prevent public dissemination of certain facts contained in the Application for a Search Warrant, Attachment A, and Attachment B in order to preserve Defendant Keller's individual privacy interests and the integrity of the Government's ongoing investigation in the underlying criminal case.

4. In light of the Court's Order of July 21, 2021, ECF No. 10, and wishing to minimize any burden on the Court, the Government respectfully requests that Court issue an Order granting this motion and directing the Clerk of Court to unrestrict both this Motion and its attachments, including Exhibit A, and make them publicly accessible. A proposed order accompanies this Motion.

WHEREFORE, the Government respectfully moves to modify the restriction in this case with appropriate redactions.

MATTHEW T. KIRSCH
Acting United States Attorney

By: *s/JD Rowell*
JD ROWELL
Assistant U.S. Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: 303-452-0100
E-mail: JD.Rowell@usdoj.gov
Attorney for the United States