IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

IN THE MATTER OF:

Address of KLETE DERIK KELLER

Case Number:   21-sw-00028-MEH

**ORDER TO UNRESTRICT**

This matter comes before the Court on the Government's Second Motion to Unrestrict with Appropriate Redactions. ECF 12. Having reviewed the motion and being otherwise advised in the premises, the Court finds that good and sufficient cause supports the same.

Accordingly, it is:

ORDERED that the Government's Motion [filed August 2, 2021; ECF 12] is GRANTED.

IT IS FURTHER ORDERED that the Clerk of Court shall Unrestrict the Motion (ECF 12) and its attachment (ECF 12-1) and make them publicly accessible. The Clerk of Court also shall docket the instant Order on the public docket without any access restrictions.

Entered this 4th day of August, 2021.

MICHAEL E. HEGARTY
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO