IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN THE MATTER OF Address of KLETE DERIK KELLER | Case Number:   21-sw-00028-MEH |

**ORDER TO UNRESTRICT**

This matter comes before the Court on the Government's Third Motion to Unrestrict with Appropriate Redactions. ECF 14. Having reviewed the motion and being otherwise advised in the premises, the Court finds that good and sufficient cause supports the same.

Accordingly, it is:

ORDERED that the Government's Motion [filed August 12, 2021; ECF 14] is **GRANTED**.

IT IS FURTHER ORDERED that the Clerk of Court shall unrestrict the Motion (ECF 14) and its attachment (ECF 14-1) and make them publicly accessible. The Clerk of Court also shall docket the instant Order on the public docket without any access restrictions.

Entered this 12th day of August, 2021.

MICHAEL E. HEGARTY
UNITED STATES MAGISTRATE JUDGE